UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHICAGO TITLE OF NEVADA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> X-LAW GROUP, PC, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | Case No.: 2:16-cv-02293-GMN-CWH |

**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff Chicago Title of Nevada, Inc. has failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service as to Defendants Perry A. Eiman and Georgette Eiman pursuant to Fed. R. Civ. P. 4(m).

IT IS THEREFORE ORDERED that the action is hereby dismissed without prejudice as to Defendants Perry A. Eiman and Georgette Eiman.

**DATED** this __26__ day of January, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court