Marni Rubin-Watkins, Esq.
Nevada Bar No. 9674
FIDELITY NATIONAL LAW GROUP
8363 W. Sunset Rd., Ste. 120
Las Vegas, Nevada 89113
Telephone: (702) 667-3000
Fax: (702) 697-2020
Email: Marni.Watkins@fnf.com
*Attorneys for Plaintiff*
*Chicago Title of Nevada, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – LAS VEGAS**

| | |
|---|---|
| CHICAGO TITLE OF NEVADA, INC, | CASE NO.: 2:16-cv-02293 |
| Plaintiff, | State Case No.: A-15-729485-C |
| vs. | Dept. XIX – Assigned to Judge William Kephart |
| THE X-LAW GROUP, PC, a California corporation; FILIPPO MARCHINO, an individual; TILDE COLOMBO, an individual; GIANLUIGI MARCHINO, an individual; PERRY A. EIMAN, an individual; GEORGETTE EIMAN, an individual; DOE 1-40, DOE CORPORATIONS 1-40, inclusive, | |
| Defendants. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, CHICAGO TITLE OF NEVADA, INC., ("Chicago Title") by and through their attorney of record, Fidelity National Law Group, and THE X-LAW GROUP, TILDE COLOMBO and GIANLUIGI COLOMBO, by and through their attorney of record, O'Reilly Law Group, LLC, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that this action, along with the State Court Action, shall be dismissed with prejudice as to all signing parties.

IT IS FURTHER STIPULATED AND AGREED that all parties shall bear their own attorney's fees and costs.

DATED this 31st day of July, 2017.         DATED this 31st day of July, 2017.

FIDELITY NATIONAL LAW GROUP          O'REILLY LAW GROUP, LLC


/s/ Marni Rubin Watkins_____          /s/ John F. O'Reilly_____
Marni Rubin Watkins, Esq.                     John F. O'Reilly, Esq.
8363 W. Sunset Rd., Ste. 120                  Timothy R. O'Reilly, Esq.
Las Vegas, Nevada 89113                       *Attorney for*
Attorneys for Chicago Title of Nevada, Inc.   *The X-Law Group, PC, Tilde Colombo*
                                              *and Gianluigi Colombo*


**IT IS SO ORDERED.**


**DATED this \_\_1\_\_ day of August, 2017.**


_____
**Gloria M. Navarro, Chief Judge**
**United States District Judge**